```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOHN DOE,                                                      :
                                                               :
                           Plaintiff,                          :
             -against-                                         :
                                                               :         21-CV-8417 (VEC)
                                                               :
STATE UNIVERSITY OF NEW YORK                                   :         ORDER
PURCHASE COLLEGE,                                              :
                                                               :
                           Defendant.                          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 12, 2021, Plaintiff, proceeding as John Doe, filed a Complaint against State University of New York Purchase College, Dkt. 1;

WHEREAS in the Complaint, Plaintiff noted that he "has filed herewith a motion to proceed pseudonymously as 'Joe Doe,' as he did in his Article 78 Petition," *id.* at 1 n.1; and

WHEREAS on October 12, 2021, Plaintiff requested an issuance of a summons in this matter, Dkt. 3;

IT IS HEREBY ORDERED that Plaintiff's motion to proceed anonymously is due no later than **October 27, 2021**.  The Court will issue a summons after resolving the motion to proceed anonymously.

**SO ORDERED.**

Date:  October 13, 2021
       New York, New York

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**