```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    JOHN DOE,                                            :
                                                         :
                          Plaintiff,                     :
              -against-                                  :
                                                         :   21-CV-8417 (VEC)
                                                         :
    STATE UNIVERSITY OF NEW YORK                         :   ORDER
    PURCHASE COLLEGE,                                    :
                                                         :
                          Defendant.                     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 12, 2021, Plaintiff, proceeding as John Doe, filed a Complaint against State University of New York Purchase College, Dkt. 1;

WHEREAS in the Complaint, Plaintiff noted that he "has filed herewith a motion to proceed pseudonymously as 'Joe Doe,' as he did in his Article 78 Petition," *id.* at 1 n.1;

WHEREAS on October 13, 2021, the Court directed Plaintiff to file a motion to proceed anonymously no later than October 27, 2021, Dkt. 5; and

WHEREAS on October 26, 2021, Plaintiff moved to proceed under a pseudonym, Dkt. 7;

IT IS HEREBY ORDERED that Plaintiff's motion is granted without prejudice to reconsideration after Defendant has appeared and if the case proceeds to trial.

The Clerk of Court is respectfully directed to issue the requested summonses in this matter. *See* Dkt. 3. The Clerk is further directed to close the open motion at docket entry 7.

**SO ORDERED.**

Date: **October 27, 2021**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**