```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    JOHN DOE,                                                :
                                                             :
                              Plaintiff,                     :
              -against-                                      :
                                                             :   21-CV-8417 (VEC)
                                                             :
    STATE UNIVERSITY OF NEW YORK                             :        ORDER
    PURCHASE COLLEGE,                                        :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on January 21, 2022 at 3:30 p.m.; and

WHEREAS the Court heard arguments about whether discovery should be stayed pending Defendant's forthcoming motion to dismiss;

IT IS HEREBY ORDERED that discovery is STAYED pending Defendant's forthcoming motion to dismiss.

IT IS FURTHER ORDERED that Defendant must answer or move to dismiss Plaintiff's complaint by **February 2, 2022**. If Defendant moves to dismiss, Plaintiff must either amend his complaint or respond to Defendant's motion by **March 4, 2022**. If Plaintiff chooses to respond, Defendant's reply is due by **March 18, 2022**.

**SO ORDERED.**

Date: January 21, 2022
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**