

MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 9, 2022

**By ECF**
The Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Doe v. SUNY Purchase*, No. 21-8417 (KMK)

Dear Judge Karas:

    This Office represents Defendant State University of New York ("SUNY")[1] in the above referenced action. SUNY writes on behalf of both parties to request an adjournment of the conference scheduled for September 16, 2022 to a date after September 30, 2022 that is convenient to the Court.

    Plaintiff commenced this action by filing a complaint on October 13, 2021, asserting claims against SUNY under Title IX of the Education Amendments of 1972 and state law claims. *See* ECF No. 1. On February 2, 2022, SUNY moved to dismiss the Complaint. *See* ECF No. 23. On July 27, 2022, the Court granted SUNY's motion in part, denied it in part, and scheduled a conference for September 16, 2022. *See* ECF No. 30. On August 17, 2022, SUNY requested an extension of time to answer Plaintiff's remaining claims until September 30, 2022, which the Court granted. *See* ECF Nos. 31 & 32.

---

[1] As a subdivision of SUNY, SUNY Purchase is not a legally-cognizable entity separate from SUNY. See N.Y. Educ. Law §§ 351-52. Therefore, SUNY is the sole appropriate defendant in this action.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov

Case 7:21-cv-08417-KMK   Document 35   Filed 09/13/22   Page 2 of 2
Case 7:21-cv-08417-KMK   Document 34   Filed 09/09/22   Page 2 of 2

September 9, 2022								Page **2** of **2**

  On September 8, 2022, Dawn Bordes from the Southern District contacted the parties to ask if we would agree to adjourn the conference until after SUNY filed its answer. After corresponding with one another, the parties agreed to request an adjournment of the conference to a date convenient to the Court after September 30, 2022. This is the parties' first request for an adjournment of the conference.

  Thank you for your consideration of this request.

Granted. The conference is adjourned to 10/17/22, at 11:00

So Ordered.

9/12/22

Respectfully submitted,

_/s/_
Mark R. Ferguson
Assistant Attorney General
(212) 416-8635

Cc (via ECF):

Imran H. Ansari, Esq.
Michael DiBenedetto, Esq.
Diana Fabi, Esq.