

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

June 22, 2023

**By ECF**
The Honorable Judge Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Doe v. SUNY Purchase*, No. 21-8417 (KMK)(VR)

Dear Judge Reznik:

    This Office represents Defendant State University of New York ("SUNY")[1] in the above referenced action. I respectfully write on behalf of both parties to provide a status update per the Court's June 15, 2023 Order (ECF No. 55).

    While fact discovery closed on April 11, 2023, one witness's deposition was still outstanding due to an unforeseen medical emergency and the parties agreed to hold her deposition after the close of fact discovery. That witness's deposition was held on June 16, 2023. All fact discovery is now complete.

    Due to a previously planned vacation, Defendant intends to request an adjournment of the July 25, 2023 conference before Judge Karas, but is prepared to file its pre-motion letter in anticipation of its motion for summary judgment on July 11, 2023 as per the current schedule.

    Respectfully submitted,

    /s/
    Mark R. Ferguson
    Assistant Attorney General
    (212) 416-8635

cc: All parties via ECF

---

[1] As a subdivision of SUNY, SUNY Purchase is not a legally-cognizable entity separate from SUNY. See N.Y. Educ. Law §§ 351-52. Therefore, SUNY is the sole appropriate defendant in this action.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov