

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

June 23, 2023

**By ECF**
The Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Doe v. SUNY Purchase*, No. 21-8417 (KMK)(VR)

Dear Judge Karas:

This Office represents Defendant State University of New York ("SUNY")[1] in the above referenced action. I write to respectfully request an adjournment of the July 25, 2023 conference to a date after July 31 that is convenient to the Court as I am scheduled to be on a previously planned vacation from July 24-28. Plaintiff's counsel has consented to this request. This is SUNY's first request for an adjournment of the Case Management Conference.

Further, SUNY intends to file a pre-motion letter in anticipation of moving for summary judgment. Currently, the deadline to submit that pre-motion letter is two weeks prior to the conference, July 11, 2023. *See* ECF No. 52. While SUNY is not currently seeking an extension of that deadline, it is, of course, up to the Court's discretion whether to commensurately extend that deadline so that it remains two weeks prior to any rescheduled conference.

I thank you for your consideration of this request.

*The conference is Adjourned to 9/21/23 at 10:00. The pre-motion deadlines are moved accordingly.*

SO ORDERED
/s/ KENNETH M. KARAS U.S.D.J.
6/23/2023

Respectfully submitted,
/s/
Mark R. Ferguson
Assistant Attorney General
(212) 416-8635

Cc (via ECF): All Counsel

---

[1] As a subdivision of SUNY, SUNY Purchase is not a legally-cognizable entity separate from SUNY. See N.Y. Educ. Law §§ 351-52. Therefore, SUNY is the sole appropriate defendant in this action.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov