UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

                                   Plaintiff,

   -against-

STATE UNIVERSITY OF NEW YORK PURCHASE
COLLEGE,

                                Defendant.
------------------------------------------------------------------X

**NOTICE OF MOTION**

21 Civ. 8417 (KMK)(VR)

**PLEASE TAKE NOTICE** that upon the Complaint, all prior pleadings and proceedings herein, Declaration of Michael DiBenedetto Esq., and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Judge Kenneth M. Karas, in Courtroom 521 of the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date to be determined by the Court, for an order pursuant to Local Civil Rule 6.3 reconsidering this court's July 12, 2023 order denying Plaintiff's request for an extension of time to complete expert discovery

**PLEASE TAKE FURTHER NOTICE**, that the time period for service of answering and reply memoranda, if any, shall be governed by Local Civil Rule 6.1 (a) or (b).

Dated: July 26, 2023
       New York, New York

Defendant is to respond by no later than August 14, 2023.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.

July 31, 2023

Very truly yours,
**AIDALA, BERTUNA & KAMINS, PC**
By:

_____
DIANA FABI SAMSON, ESQ.
MICHAEL DIBENEDETTO, ESQ.
*Attorneys for Plaintiff*
546 Fifth Avenue, 6th Floor
New York, New York 10036

## CERTIFICATE OF SERVICE

Michael DiBenedetto Esq. an attorney duly admitted to practice before this Court, certifies that on July 26, 2023, he caused the Notice of Motion and Memorandum of Law in Support to be filed and served on all counsel of record Via ECF

*[signature]*
MICHAEL DIBENEDETTO, ESQ