**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

-against-                              21 **CIVIL** 8417 (KMK)

                                        **JUDGMENT**

STATE UNIVERSITY OF NEW YORK
PURCHASE COLLEGE,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2024, Defendant's Motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

      September 23, 2024

                                                  **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                            **BY:**     *K. Mango*

                                                    **Deputy Clerk**